UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO NICOLAS PASCUAL,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  26-cv-2871-RSH-DEB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On May 7, 2026, petitioner Francisco Nicolas Pascual filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he has been unlawfully subjected to mandatory detention, and seeks his release or a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 8. On May 19, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing. ECF No. 5.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within ***fourteen (14) days*** of this order pursuant to 8 U.S.C. § 1226(a). The Petition does not establish a basis for ordering further injunctive relief.

//

//

26-cv-2871-RSH-DEB

To the extent Petitioner seeks to recover attorneys' fees, he must file a noticed motion consistent with the Civil Local Rules of this district as well as the undersigned's Pretrial Civil Procedures.

**IT IS SO ORDERED**.

Dated: May 21, 2026

_____
Hon. Robert S. Huie
United States District Judge